**Opinion issued February 8, 2024**



In The

# Court of Appeals

### For The

## First District of Texas

_____

### NO. 01-24-00074-CV
_____

## IN RE DIOGU KALU DIOGU II, L.L.M., Relator

---

### Original Proceeding on Petition for Writ of Mandamus

---

### MEMORANDUM OPINION

Relator Diogu Kalu Diogu II, L.L.M. filed a petition for writ of mandamus challenging the trial court's November 8, 2023 order denying relator's motion to dismiss for lack of jurisdiction.[1] Relator subsequently filed an amended petition adding a new ground for relief. Relator added a ground challenging the trial court's November 8, 2023 order denying relator's special exceptions. Although

---

[1] The underlying case is *Commission for Lawyer Discipline v. Diogu Kalu Diogu, II*, cause number 21-DCV-279744, pending in the 458th District Court of Fort Bend County, Texas, the Honorable Norma Gonzalez presiding.

the Court denied relator's motion to stay trial on January 29, 2024, relator filed another motion to stay on January 30, 2024 with its amended petition for writ of mandamus.

We deny the amended petition. *See* TEX. R. APP. P. 52.8. The motion to stay trial filed on January 30, 2024 is denied. Any pending motions are dismissed as moot.

**PER CURIAM**

Panel consists of Justices Kelly, Hightower, and Guerra.